UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GEOFFREY HILGEN,

    Plaintiff,

v.        Case No. 22-C-1424

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the court on Defendant's Stipulation for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). Dkt. No. 19. The court, being duly advised, will grant motion.

**IT IS THEREFORE ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary; consolidate the current claims with the subsequent claims that are pending; give Plaintiff the opportunity for a new hearing; and, following the sequential evaluation process, determine whether Plaintiff is disabled.

Dated at Green Bay, Wisconsin this 10th day of July, 2023.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge